UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAMES J. SILVIA

v. CA 05-148ML

JUDGE DANIEL PROCACCINI,
JUDGE WILLIAM DIMITRI, et al.

MEMORANDUM AND ORDER

On April 19, 2005, United States Magistrate Judge Hagopian issued a Report and Recommendation wherein he recommends that the complaint be dismissed pursuant to 28 U.S.C. § 1915. Plaintiff has objected to that recommendation. This Court has reviewed the Report and Recommendation and plaintiff's grounds for his objection. Finding no merit in plaintiff's stated grounds for his objection, and further finding that plaintiff has failed to state a claim upon which relief can be granted by this Court, the Court adopts the Report and Recommendation and hereby dismisses the complaint.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
United States District Judge
May 3 , 2005

5