# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**JAMES J. SILVA**

**vs.** **C.A. N0. 05-148ML**

**JUDGE DANIEL PROCACCINI,**
**JUDGE WILLIAM DiMITRI, DIANE LEYDEN,**
**STACEY VERONI, CHARLES G. DEVINE,**
**SANDRA DELANEY, and JAMES RUGGIERO**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] **Decision by the Court.**

IT IS ORDERED AND ADJUDGED:

**Judgment shall enter for the defendants, JUDGE DANIEL PROCACCINI, JUDGE WILLIAM DiMITRI, DIANE LEYDEN, STACEY VERONI, CHARLES G. DEVINE, SANDRA DELANY, and JAMES RUGGIERO, against the plaintiff, JAMES J. SILVA, pursuant to the Court's Memorandum and Order dated May 3, 2005, adopting the Magistrate's Report and Recommendation dated April 19, 2005, and DISMISSING the Complaint.**

Enter:

Deputy Clerk

DATED: **May 9, 2005**

6