5/11/05
cr 1 NOA
Simon

05-1671

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

May 9, 2005

Clerk of Court
United States Court of Appeals
One Courthouse Way, Suite 2235
Boston, MA 02210

RECEIVED
MAY 11 2005
By: U.S. Court of Appeals

CA 05-148ML
James J. Silva v. Judge Daniel Procaccini, et al.

Dear Clerk of Court:

Enclosed herewith you will find the NOTICE OF APPEAL and a certified copy of the docket entries together with the appeal cover sheet and case file.

✓ Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

By J. Duhamel
John Duhamel
Deputy Clerk

Enc.: Case file; Certified docket

cc: Attorney General's Office
APPELLATE DIVISION
150 South Main Street
Providence, RI 02903

9