MANDATE

05-00148
USDC/RI
Lisi, J

# United States Court of Appeals
## For the First Circuit

No. 05-1671

JAMES J. SILVA,

Plaintiff, Appellant,

v.

JUDGE DANIEL PROCACCINI, ET AL.,

Defendants, Appellees.

Before

Torruella, Selya and Lipez,
Circuit Judges.

**JUDGMENT**
**Entered: December 23, 2005**

The district court correctly concluded that because appellant's 42 U.S.C. § 1983 complaint, seeking damages, did not allege that any conviction or sentence had been reversed, expunged, invalidated or called into question, under Heck v. Humphrey, 512 U.S. 477, 486-87 (1994), he failed to state a claim upon which relief could be granted.

The appellees' motion for summary disposition is granted. The order dismissing appellant's complaint is affirmed. See 1st Cir. R. 27(c).

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

MT
**Deputy Clerk**

**Date:** 2/14/06

By the Court:

Richard Cushing Donovan, Clerk.

JULIE GREGG
By: ______________________
Operations Manager.

[cc: James J. Silva, Richard B. Woolley, Esq.]